**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00610-CR
No. 05-16-00611-CR

**JITENDER SINGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-81690-2014, 219-82997-2014**

## ORDER

We **GRANT** Official Court Reporter Indu A. Bailey's September 30, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to October 7, 2016.

We note that the clerk's record has not been filed in cause no. 05-16-00611-CR. By letter dated August 26, 2016, the Collin County District Clerk informed the Court that the clerk's record in cause no. 05-16-00611-CR had not been transmitted to the Court because appellant's retained counsel had not paid the fee for the clerk's record to be prepared. By letter dated September 23, 2016, the Clerk of the Court directed appellant's counsel to inform the Court within ten days of the status of the clerk's record and reporter's record or the Court would take

whatever action was necessary, including abating the appeals for hearing in the trial court. To date, counsel has not responded to the Clerk of the Court's September 23, 2016 letter. Court reporter Bailey's request for an extension of time to file the reporter's record indicated that one reason the reporter's record was untimely was that counsel had not yet completed payment for the reporter's record.

We **ORDER** the trial court to conduct a hearing to determine why the clerk's record has not been filed in cause no. 05-16-00611-CR. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to obtain the clerk's record and assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
JUSTICE